

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| EL PASO INDEPENDENT SCHOOL DISTRICT, DR. LORENZO GARCIA, AND MARK MENDOZA, | § | |
| | § | No. 08-11-00329-CV |
| Appellants, | | |
| | § | Appeal from |
| v. | | |
| | § | 327th District Court |
| MICHAEL McINTYRE AND LAURA McINTYRE, INDIVIDUALLY AND ON BEHALF OF THEIR | § | of El Paso County, Texas |
| CHILDREN, K.M., L.M., C.M., M.M., AND L.M., | § | (TC # 2007-3210) |
| | § | |
| Appellees. | | |
| | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore (1) reverse all three disputed orders of the trial court; (2) render judgment dismissing all of the McIntyres' state law claims against the District; (3) dismiss all claims of any nature against Dr. Garcia and Mendoza with prejudice; (4) award Appellants their costs and fees incurred herein and any such further relief to which they may be entitled; and (4) remand this case to the trial court for further proceedings regarding the claims and counterclaims that remain pending there, in accordance with this Court's opinion. We further order that Appellants recover from Appellees all costs, both in this Court and the court below, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF AUGUST, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.